# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   12−34036−KRH
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cathy Zenobia Clay
201 E. 9th Street
Richmond, VA 23224

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−2333

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA

### NOTICE OF REQUIREMENT TO FILE
### CERTIFICATION OF COMPLETION
### OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

    Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

    Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated:   September 8, 2014

William C. Redden
Clerk of Court

(ntcfnmgtvSept2013.jsp)

*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See FRBP 1007(b)(7).

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 12-34036-KRH
Cathy Zenobia Clay                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: smithla          Page 1 of 1              Date Rcvd: Sep 08, 2014
                             Form ID: ntcfnmgt       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2014.
db             +Cathy Zenobia Clay,    201 E. 9th Street,    Richmond, VA 23224-4005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2014 at the address(es) listed below:
          Bruce E. Robinson    bruce.robinsontr@gmail.com,
           therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com
          Julia Bonham Adair    on behalf of Attorney Julia B Adair hathawayadair@gmail.com,
           ecf@hathawayadair.com
          Julia Bonham Adair    on behalf of Debtor Cathy Zenobia Clay hathawayadair@gmail.com,
           ecf@hathawayadair.com
          Robert E. Hyman    station08@ricva.net,  ecfsummary@ricva.net
                                                                              TOTAL: 4